O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. SA10-459M |
|---|---|
| Plaintiff, | ) **ORDER OF DETENTION** |
| vs. | ) |
| JONATHAN MIRANDA BREWSTER, | ) |
| Defendant. | ) |

I

A.   (X)    On motion by the Government/ ( ) on Court's own motion, in a case involving a request for revocation of an order for release

B.   ( )    The Court finds that there is:

    1.   (X)    probable cause to believe that defendant has committed a Federal, State or local crime while on release.

(X) and/or

    2.   (X)    clear and convincing evidence that defendant has violated any other condition of release.

B.   ( X)    The Court further finds that:

    1.   (X)    based upon the factors set forth in 18 U.S.C. § 3142, there

is no condition or combination of conditions which assure the defendants appearance in court when required as provided in 18 U.S.C. § 3143 (a).

() and/or

2. (X) defendant is unlikely to abide by any condition or combination os conditions of release.

II

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: November 9, 2010

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE